**STATE of Missouri, Respondent,**

v.

**Jeremy A. BRADY, Appellant.**

**WD 78582**

Missouri Court of Appeals,
Western District.

ORDER FILED: May 10, 2016

Danieal Miller, Columbia, MO, Counsel for Appellant

Jessica Caldera, Columbia, MO, for Counsel for Respondent

Before Division Two: Victor C. Howard, P.J., Thomas H. Newton, and Karen King Mitchell, JJ.

#### ORDER

Per Curiam:

Mr. Jeremy Brady appeals from a judgment convicting him of driving while intoxicated, focusing on the court's denial of a motion to suppress evidence from a warrantless arrest.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).